**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVORA RUBIO AND ROBERT RUBIO, | CASE NO. 1: 13-cv-0027-LJO-BAM |
| Plaintiffs, | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ETHICON, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | |
| LARA JEANINE ARNDAL, *et. al*, | |
| Defendants. | |

Pursuant to the Joint Stipulation to Extend Time for Defendant Ethicon, Inc. to Respond to Plaintiffs' Complaint, IT IS HEREBY ORDERED that Defendant Ethicon Inc. has up to and including March 13, 2013 to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated:   **February 14, 2013**            /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE